**Order entered March 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01333-CR
### No. 05-13-01334-CR
### No. 05-13-01335-CR
### No. 05-13-01336-CR

**SHIRLEY ANN ALFARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-62798-W, F10-62799-W, F10-62800-W, F10-62801-W**

## ORDER

The Court **GRANTS** appellant's March 18, 2014 motion to extend time to file her briefs.

We **ORDER** the appellant's brief received on March 18, 2014 filed as of the date of this order.

/s/     LANA MYERS
          JUSTICE